[No. 16941-0-II.    Division Two.    October 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RAY MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 92-1-00153-3, Joel M. Penoyar, J., entered February 19, 1993. *Reversed* by unpublished per curiam opinion.

[No. 16380-2-II.    Division Two.    October 14, 1994.]

*In the Matter of the Estate of* ARTHUR NELSON, ET AL.

GEORGIA HARVEY, ET AL, *Appellants*, v. GLEN RAU, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 89-4-00090-4, James I. Maddock, J., entered June 5, 1992. *Reversed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 16009-9-II.    Division Two.    October 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN WRINKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00098-9, Robert L. Harris, J., entered May 1, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.